**Order entered September 22, 2014**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01658-CV

**SULMA GONZALES, Appellant**

**V.**

**THE DALLAS COUNTY APPRAISAL DISTRICT, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09665**

## ORDER

Before the Court is pro se appellant's September 16, 2014 third motion for an extension of time to file a brief and appellees' response in opposition. Appellant's brief was originally due on July 11, 2014. On July 2, 2014, the Court granted appellant's first motion for an extension giving her to August 10, 2014 to file a brief. On August 19, 2014, we granted appellant's second motion for an extension and extended the deadline to September 18, 2014. In that order, we cautioned appellant that failure to file a brief by that date may result in dismissal of the appeal for want of prosecution.

In her third motion, appellant has informed the Court that she "has not been able to even begin to work on the brief." She requests an extension of forty-five to sixty days. We **DENY** appellant's motion.

On the Court's own motion, we **ORDER** appellant to file a brief **ON OR BEFORE OCTOBER 13, 2014**. We **CAUTION** appellant that failure to file a brief **ON OR BEFORE OCTOBER 13, 2014** will result in dismissal of her appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/     CRAIG STODDART
JUSTICE